EXHIBIT "A"



JW MARRIOTT
TUCSON STARR PASS

August 3, 2018

Matteo Mastrovalerio
10255 Fairfield Ave
Las Vegas, Nevada 89166

Dear Matteo,

Congratulations! This letter confirms our offer of a transfer within Marriott International, Inc. as Director of Engineering at the JW Marriott Starr Pass Resort & Spa, reporting to Russell Bond, General Manager.

Your effective date in this position will be August 25, 2018. Please report to Russell Bond, General Manager, on August 27, 2018 to start your on-boarding process.

Your salary will be $130,000.00 annualized, $2,500.00 per week. Your performance will be reviewed each calendar year, and you will be considered for a merit increase to be effective on the next common merit review date for Marriott.

You will be eligible to participate in the Marriott management incentive plan. The bonus plan for this position currently provides for a cash bonus with a minimum of zero percent (0%), target of twenty percent (20%) and up to thirty percent (30%) of your eligible earnings, from your effective date through the last day of the bonus pay period. Bonus payments are not guaranteed and bonus plans are subject to change. You must be employed on the last day of the bonus pay period to participate in the bonus program.

You are eligible to participate in Marriott's relocation program. Upon receipt of your signed offer letter, the recruiter will forward a relocation authorization to Marriott Relocation Services and a relocation counselor will contact you to initiate your move. Should you have any immediate questions or would like a real estate agent referral, please contact Relocation Services at (301) 380-3646 or email relocation.authorizations@marriott.com. Relocation costs are conditional payments until you have completed twelve (12) months of employment with Marriott. If you voluntarily leave Marriott prior to twelve (12) months after your start date of your new position, you must repay the full amount conditionally received for your relocation expenses. By signing this offer letter, you agree that to satisfy your obligation to repay, Marriott may withhold any such amount due from your salary or other accrued compensation. For this purpose, relocation expenses are defined as the amounts received by you and/or paid on behalf of you and your eligible family members for moving related expenses.

Your current benefits eligibility will remain in effect; however, plan availability and costs may change based on your new unit or a change of home address. If you have any benefits questions, please contact 888-08-4myHR (6947). You will also continue to accrue Paid Time Off (PTO) at the rate outlined in "Total Compensation at a Glance" which can be found on Marriott Global Source (MGS).

As you know, in the ordinary course of business, compensation and benefit programs evolve as business needs and laws change. To the extent it becomes necessary or desirable to change any of the plans in which you participate, such changes will apply to you as they do other associates.



In this position you may have access to confidential and proprietary company information, including but not limited to financial data, short-term and long-term plans, manuals, systems, clients, partners, investors and sources of financial support. You understand that such information and matters are the property of the Company and/or its affiliates. Neither during nor after your employment with the company will you disclose such information or matters to any person without the prior written permission of the Company.

This letter constitutes the full commitments that have been extended to you. However, this does not constitute a contract of employment for any period of time; your employment is at-will. Should you have any questions regarding these commitments or your ability to conform to our company policies and procedures, please let me know immediately. This offer is contingent upon the successful completion of any remaining pre-hire activities such as reference checks, drug testing and background checks where applicable.

Matteo, we are excited about your new role with the JW Marriott Starr Pass Resort & Spa team and look forward to your contributions to Marriott.

To accept this offer, please sign and date both of the enclosed letters and immediately return one copy in the enclosed self-addressed envelope by August 10, 2018. You may keep one original of this offer letter for your personal files. Please contact me if I can be of further assistance.

Sincerely,

Michael Deehan, SPHR/SCP
Human Resources Director
520.792.3500

cc:  Russ Bond, General Manager

Please check the appropriate box, sign and date.

  ☐  I accept the above offer and I understand and agree to the terms set forth.

  ☐  I regrettably decline the above offer.

Signed: _____
Matteo Mastrovalerio

Date: 08/03/2018