**COUNXEL**

*2222 S. Dobson Rd Suite 1104*
*Mesa, Arizona 85202*
*Office: (480) 536-6122*
*www.counxel.com*
**For Court Use Only: docketing@counxel.com**
Timothy F. Coons (031208)
TCoons@counxel.com
Cameron Mitchell (035735)
CMitchell@counxel.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matteo Mastrovalerio, an individual, | Case No. 4:23-cv-00577-CKJ |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
| Marriott International, Inc., A foreign corporation, ABC Partnerships I-X; ABC Limited Companies I-X, and XYZ Corporations I-X, | |
| Defendants. | |

Notice is hereby given that attorney Cameron Mitchell with Counxel Legal Firm will be substituting into the matter in place of Anthony Saccocio in this matter and will appear with Attorney Timothy Coons in this matter.

RESPECTFULLY SUBMITTED this 12th day of March 2024.

**COUNXEL LEGAL FIRM**
*/s/ Cameron Mitchell*
Timothy Coons

1

Cameron Mitchell
2222 S. Dobson Rd. Suite 1104
Mesa, AZ  85202
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

*/s/ Tanika Sherman*