L. Eric Dowell, AZ 011458
Jessica A. Phipps, AZ 037799
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
eric.dowell@ogletree.com
jessica.phipps@ogletree.com
Attorneys for Defendant Marriott International, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Matteo Mastrovalerio, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Marriott International, Inc., A foreign corporation, ABC Partnerships I-X; ABC Limited Companies I-X, and XYZ Corporations I-X,<br><br>    Defendants. | No.  4:23-cv-00577-CKJ<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Matteo Mastrovalerio ("Plaintiff") and Defendant Marriott International, Inc. ("Defendant") hereby stipulate that Defendant may have a 15-day extension of time, through and including April 17, 2024, to respond to Plaintiff's Complaint (Doc. 1). Defendant requested, and Plaintiff's counsel consented, to stipulating to extend the deadline for Defendant to respond to the Complaint.

The parties certify that this stipulation is made in good faith and not for the purposes of delay.

//

//

//

//

RESPECTFULLY SUBMITTED this 29th day of March 2024.

| COUNXEL LEGAL FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/Cameron Mitchel (*with permission*)<br>    Timothy F. Coons<br>    Cameron Mitchell<br>    2222 S. Dobson Rd., Ste. 1104<br>    Mesa, AZ 85202<br>    Attorneys for Plaintiff | By: /s/L. Eric Dowell<br>    L. Eric Dowell<br>    Jessica A. Phipps<br>    Esplanade Center III, Suite 800<br>    2415 East Camelback Road<br>    Phoenix, AZ  85016<br>    Attorneys for Defendant Marriott International, Inc. |

2