WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matteo Mastrovalerio, | No. CV-23-00577-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Marriott International Incorporated, et al., | |
| Defendants. | |

Having considered the Parties' Stipulation for an Extension of Time For Defendant to File its Responsive Pleading and For the Parties to File a Stipulation of Partial Dismissal With Prejudice, and good cause appearing,

**Accordingly,**

**IT IS ORDERED,** pursuant to the Stipulation (Doc. 10) to allow the parties time to file a stipulation of partial dismissal, the parties shall have through, and including, April 26, 2024, to file a stipulation of partial dismissal, and Defendant Marriott International, Inc. may have through, and including, May 3, 2024. to file its responsive pleading to the Complaint.

Dated this 18th day of April, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge