**COUNXEL**

*2222 S. Dobson Rd Suite 1104*
*Mesa, Arizona 85202*
*Office: (480) 536-6122*
*www.counxel.com*
**For Court Use Only: docketing@counxel.com**
Timothy F. Coons (031208)
TCoons@counxel.com
Cameron Mitchell (035735)
CMitchell@counxel.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matteo Mastrovalerio, an individual,<br><br>　　　　Plaintiff,<br>vs.<br><br>Marriott International, Inc., A foreign corporation, ABC Partnerships I-X; ABC Limited Companies I-X, and XYZ Corporations I-X,<br><br>　　　　Defendants. | Case No. 4:23-cv-00577-CKJ<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matteo Mastrovalerio ("Plaintiff") and Defendant Marriott International, Inc. ("Defendant") hereby agree to voluntarily dismiss the following claims with prejudice: Count II: Retaliation; Count III: Breach of Contract; Count IV: Breach of Implied Covenant; and Count V: Unjust Enrichment.

RESPECTFULLY SUBMITTED this 24th day of April 2024.

**COUNXEL LEGAL FIRM**

1

/s/ Cameron Mitchell
Timothy Coons
Cameron Mitchell
2222 S. Dobson Rd. Suite 1104
Mesa, AZ  85202
*Attorneys for Plaintiff*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/*Jessica A. Phipps (with permission)*
L. Eric Dowell
Jessica A. Phipps
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Attorneys for Defendant Marriott International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

L. Eric Dowell
Jessica A. Phipps
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
*Attorneys for Defendant Marriott International, Inc.*

/s/ Tanika Sherman

2