**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matteo Mastrovalerio,<br><br>    Plaintiff,<br><br>v.<br><br>Marriott International Incorporated, et al.,<br><br>    Defendants. | No. CV-23-00577-TUC-CKJ<br><br>**ORDER** |

Having considered the parties' Stipulated Notice of Dismissal with Prejudice of Certain Claims, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that FOR THE ORIGINAL COMPLAINT (Doc. 1), Count II: Retaliation; Count III: Breach of Contract; Count IV: Breach of Implied Covenant; and Count V: Unjust Enrichment ARE DISMISSED WITH PREJUDICE.

Dated this 2nd day of May, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge