# EXHIBIT "B"

**From:** Mastrovalerio, Matteo
**Mail received time:**   Thu, 5 Aug 2021 15:13:49
**Sent:** Thu, 5 Aug 2021 15:13:27
**To:** Zuzuarregui, Vanesa
**Cc:** Callahan, Dean
**Subject:** Medical records for my HR file Matt Mastrovalerio hiring loss doctors tests and notes
**Importance:** Normal
**Sensitivity:** None
**Attachments:** Matt Mastrovalerio hiring loss doctors notes.pdf;
**Archived:** Tuesday, December 26, 2023 1:26:24 PM

---

Vanessa, please place these into me HR file as my hearing loss has gotten worst.
I have doctors looking in to what I can do to save my hearing loss with Tinnitus and actual hearing loss.
I will keep you and Dean updated,


THANK YOU,


MATT MASTROVALERIO
DIRECTOR OF FACILITIES ENGINEERING
JW MARRIOTT TUCSON STARR PASS RESORT & SPA
3800 W. Starr Pass Blvd. | Tucson, AZ 85745
Matteo.Mastrovalerio@marriott.com|   Mobile 702 499 2300
jwstarrpass.com
ƒÀ   please consider the environment before printing this email

This communication contains information from Marriott International, Inc. that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and /or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.




Matteo Mastro Valerio
Age: 58
Date of Birth: 1/9/1963
Date of Service: 6/22/2021

Audiology Department, Clinic F
3838 N Campbell Ave, Bldg. 2
Tucson, Az, 85719
Phone: (520) 694-5013
Fax: (520) 694-0114

**Banner University Medicine**

Report Comments:

## Audiometry

## Immittance

| Tymp | Right |
|---|---|
| Tone | 226 Hz |
| SC | 0.8 ml |
| TPP | 4 daPa |
| ECV | 2.2 ml |
| TW | 82 daPa |
| Type | A |

| Tymp | Left |
|---|---|
| Tone | 226 Hz |
| SC | 1.3 ml |
| TPP | -14 daPa |
| ECV | 2.0 ml |
| TW | 42 daPa |
| Type | A |

PTA  AC 500, 1k, 2k
     BC 500, 1k, 2k

PTA¹(dB HL) / AI (%)

|  | AC | BC | AI |
|---|---|---|---|
| Right | 25 | 20 | 63 |
| Left | 32 | 20 | 42 |

BC:
| | 750 | 1.5k | 3k | 6k |
|---|---|---|---|---|
| R | 60 | 60 | 60 | 85 |
| L | 55 | 60 | 60 | 75 |

| Speech | SDT dB HL | [m] | SRT dB HL | [m] | WRS/SRS 1 % | dB HL | [m] | S/N | WRS/SRS 2 % | dB HL | [m] | S/N | MCL dB HL | UCL dB HL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | | | 20 | | 96.0 | 70 | | | | | | | | |
| Left | | | 25 | | 92.0 | 70 | [35] | | | | | | | |
| Bin | | | | | | | | | | | | | | |
| Note | ¹NU No. 6 CNC List 1A | | | | ²NU No 6 CNC List 3A | | | | | | | | | |
| Aided Note | ¹ | | | | ² | | | | | | | | | |

Alexa Bullard, B.S., B.A.
Audiology Graduate Student Clinician

Jason Smith, Au.D., CCC-A
AZ Lisc. DA12322

# E.N.T VOICE & SINUS CENTER OF NEVADA
## SUSAN E. SCHWARTZ, D.O., F.O.C.O.O
### 8985 S. PECOS SUITE 3B
### HENDERSON, NV 89074
### (702) 647-2900

To Whom It May Concern:

This is to certify that Matthew Mastrovalerio has been under Dr. Schwartz medical care. Matthew has tinnitus which is associated with a bilateral mild sensorineural hearing loss. If you have any further questions please feel free to contact my office at (702)-647-2900.

Sincerely,

Dr. Susan Schwartz



Mastrovalerio, Matteo  7/25/2014 4:16:24 PM  Page 1

Dr. Susan Schwartz
ENT Voice & Sinus Center of Nevada
8985 S Pecos Rd, Ste 3B
Henderson, NV 89074

Audiologist:
Jacquelyn Walters, Au.D.

**Mastrovalerio, Matteo**
Male, 1/9/1963 (51 y.o.)

## Audiometry



| Left | 125 | 250 | 500 | 750 | 1k | 1.5k | 2k | 3k | 4k | 6k | 8k |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | | 15 | 10 | | 15 | | 20 | 35 | 35 | 25 | 20 |
| BC | | | 5 | | 5 | | 20 | 35 | 30 | | |
| Mask Oppos | | | | | | | | 40 | | | |

| Right | 125 | 250 | 500 | 750 | 1k | 1.5k | 2k | 3k | 4k | 6k | 8k |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | | 10 | 15 | | 15 | | 20 | 20 | 30 | 25 | 15 |
| BC | | | 5 | | 5 | | 20 | 20 | 30 | | |
| Mask | | | | | | | | | | | |

1 — Air Conduction  AI=88%, PTA=17  HFA=16
2 — Bone Conduction  PTA=10  HFA=13
3 — Air Conduction  AI=80%, PTA=15  HFA=20
4 — Bone Conduction  PTA=10  HFA=16

| AC | SRT | WR | WR, Aided | MCL | UCL |
|---|---|---|---|---|---|
| Left | 20dB | 96% at 50dB | | | |
| Right | 15dB | 96% at 50dB | | | |

| Audiometry Legend | Left | Right |
|---|---|---|
| Air Conduction | X | O |
| Air Conduction, Masked | ▢ | △ |
| Bone Conduction | > | < |
| Bone Conduction, Masked | ⊐ | ⊏ |
| Sound Field | S | S |
| Comfortable Level | M | M |
| Uncomfortable Level | U | U |

Ⓡ Normal through 3000 Hz sloping to mild SNHL
Ⓛ Normal through 2000 Hz sloping to mild SNHL.
No sig changes in thresholds since previous test 10/19/2012.
f/u with Dr. Schwartz.

Tinnitus (AU)

Jacqlin Walters, Au.D.

Southwest Medical Associates, Inc.
P.O. Box 15645
Las Vegas, NV 89114-5645
(702)877-8600


MATTEO MASTROVALERIO
10255 FAIRFIELD AVE,
LAS VEGAS, NV 89183


**Todays Date**
May 11 2007.
**Patient Letter**
Dear Mr. MATTEO MASTROVALERIO
Medical Record Number 3520813

Per provider, PA-C Britt Hill, the following are the results of recent tests:

Recent lab results indicate you are a diabetic. There is a pending appointment scheduled with Dr. Tsai on 6/1/07 at 0200pm. Please make sure you do not miss this appointment due to needing to be treated for the abnormal lab results.

If you have any questions please feel free to contact us at 617-1227.
Thank you.