# COUNXEL

*2222 South Dobson Road Suite 1104*
*Mesa, Arizona 85202*
*Office: (480) 536-6122*
[www.counxel.com](www.counxel.com)
**For Court Use Only: docketing@counxel.com**
Timothy F. Coons (031208)
TCoons@counxel.com
Cameron Mitchell (035735)
CMitchell@counxel.com
Andrew N. Morrow (039325)
AMorrow@counxel.com
London Burns (030618)
LBurns@counxel.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Matteo Mastrovalerio, an individual, | No. 4:23-cv-00577-CKJ |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Marriott Hotel Services, LLC, A foreign limited liability company, ABC Partnerships I-X; ABC Limited Companies I-X, and XYZ Corporations I-X, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that London Burns of Counxel Legal Firm will appear as additional counsel in this action for Plaintiff Matteo Mastrovalerio.

It is hereby requested that notices of all proceedings and copies of all pleadings in the above-entitled action also be served as follows:

London Burns
LBurns@counxel.com
COUNXEL LEGAL FIRM
2222 South Dobson Rd. #1104

Mesa, Arizona 85202
(480) 536-6122

All other existing counsel for Plaintiff will remain the same.

**RESPECTFULLY SUBMITTED** this 23rd day of October 2024.

**COUNXEL LEGAL FIRM**

*/s/ London Burns*
Timothy Coons
Cameron Mitchell
Andrew N. Morrow
London Buns
2222 South Dobson Road Suite 1104
Mesa, Arizona 85202
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

L. Eric Dowell
Jessica A. Phipps
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
*Attorneys for Defendant Marriott International, Inc.*

*/s/ Tanika Sherman*