MAGISTRATE JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON
CIVIL MINUTES - GENERAL

**Date:** October 30, 2024

**Civil Case Number:** 4:23-cv-00577-CKJ

**Title:** Matteo Mastrovalerio v. Marriott Hotel Services, LLC, et al.

Present:                    Hon. Michael A. Ambri

Magistrate Courtroom Clerk: ___N/A___     Court Reporter: ___N/A___

Attorneys for Plaintiff:   London A. Burns, Esq.
Attorneys for Defendant:   L. Eric Dowell, Esq., Jessica A. Phipps, Esq.

**PROCEEDINGS:**       __ Open Court      ___ Chambers      _X_ Other (Videoconference)

SETTLEMENT CONFERENCE

A settlement conference was held in this matter on October 29, 2024, before Magistrate Judge Michael A. Ambri. The parties reached a settlement of all claims and will file closing documents as appropriate.

**SETTLEMENT CONFERENCE (7 hours, 30 minutes)**
Conference Start Time:   9:30 a.m.
Conference End Time:     5:00 p.m.